IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2016 AUG 16 PM 3:51
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>GREG JONES and ROBERT BLEVINS,<br><br>　　　　　Defendant. | 8:16CR238<br><br>INDICTMENT<br>21 U.S.C. § 841(a)(1)&(b)(1) |

The Grand Jury charges that

### COUNT I

On or about, May 18, 2016, in the District of Nebraska, GREG JONES and ROBERT BLEVINS, Defendants herein, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1).

A TRUE BILL.

_____
FOREPERSON

_____
DEBORAH R. GILG
United States Attorney
District of Nebraska

　　　The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

_____
MARTIN J. CONBOY
Special Assistant U.S. Attorney

1